# EXHIBIT 1

To order this form, visit www.printcarta.com
Target Information Management, Inc.

Approved, SCAO

Original - Court (with instructions)
1st copy - Defendant (with instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

| STATE OF MICHIGAN 8th JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 16 11806 SC |
|---|---|---|

**Court address**
150 E. Crosstown Parkway, Kalamazoo, MI 49001

Court telephone no.
(269) 384-8171

See instructions on the back of plaintiff and defendant copies.

1. _Nick Conley_
   Plaintiff
   _1820 Sheridan Dr_
   Address
   _Kalamazoo   MI   49001_
   City, state, zip                    Telephone no.

2. _Portfolio Recovery Associates LLC_
   Defendant
   _P.O. Box 12914_
   Address
   _Norfolk VA 23541  8007721413_
   City, state, zip                    Telephone no.

**NOTICE OF HEARING**
**For Court Use Only**

The plaintiff and the defendant must be in court on
_Thursday_            _January 26th, 2017_
Day                              Date
at _10:30 AM_   at   ☒ the court address above.
Time
☐                 _Court O_
                  Location
_E-Mail_                    Fee paid: $ _70_
Process server's name

3. ☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in _____ Court. The case number, if known, is _____
   The action ☐ remains ☐ is no longer pending.

4. I have knowledge or belief about all the facts stated in this affidavit and I am
   ☒ the plaintiff or his/her guardian, conservator, or next friend.   ☐ a partner.   ☐ a full-time employee of the plaintiff.

5. The plaintiff is ☒ an individual. ☐ a partnership. ☐ a corporation. ☐ a sole proprietor. ☐ _____
                                                                                            Other

6. The defendant is ☐ an individual. ☐ a partnership. ☒ a corporation. ☐ a sole proprietor. ☐ _____
                                                                                            Other

7. The date(s) the claim arose is/are _1-19-2016_
   Attach separate sheets if necessary

8. Amount of money claimed is $ _2000_    (NOTE: Plaintiff's costs are determined by the court and awarded as appropriate. They are not part of the amount claimed.)

9. The reasons for the claim are _Agency Reported a debt I Do not owe to the credit_
   _Bureaus of Transunion and Equifax without Proper Debt Validation per_
   _FDCPA guidlines and Ignored Case filed by myself to the CFPB_

10. The plaintiff understands and accepts that the claim is limited to $5,500 by law and that the plaintiff gives up the rights to (a) recover more than this limit, (b) an attorney, (c) a jury trial, and (d) appeal the judge's decision.

11. I believe the defendant ☒ is ☐ is not mentally competent. I believe the defendant ☒ is ☐ is not 18 years or older.

12. ☐ I do not know whether the defendant is in the military service. ☒ The defendant is not in the military service.
    ☐ The defendant is in the military service.

Subscribed and sworn to before me on _12/22/16_

Signature _____

_____ County, Michigan.

My commission expires: _____
                         Date

Signature: _____
Deputy clerk/Notary public

Notary public, State of Michigan, County of _____

**The defendant(s) must be served by** _3/03/17_
                                         Expiration date

DC 84 (12/14) **AFFIDAVIT AND CLAIM, Small Claims**

MCL 600.8401 et seq., MCR 4.302, MCR 4.303, 50 USC 521

DEFENDANT

## ADDITIONAL NOTICE AND INSTRUCTIONS

### TO BOTH THE PLAINTIFF AND THE DEFENDANT:

• You must bring to the hearing all witnesses, books, papers, and other physical evidence needed to prove or disprove this claim.

• Before the trial (hearing) starts, you have the right to

   1. **remove the case to the general civil division of the district court**, or

   2. have the case heard by a district court judge (if the hearing is scheduled before an attorney magistrate). If the case is heard by an attorney magistrate, you may appeal to the district judge within 7 days after the trial.

• If the case is tried in the small claims division, you give up the right to an attorney, to a jury trial, and to appeal the judge's decision.

If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

### TO THE DEFENDANT:

• The affidavit and claim you have just received means you are being sued in the small claims division of the district court.

• The court is being asked to decide a matter that the plaintiff says is your obligation and responsibility.

• If you wish to deny this claim or arrange terms of payment, you must make your request by appearing at the date, time, and place stated in the notice of hearing on the front of this form.

• If you do not appear at the date, time, and place stated, a default judgment may be entered against you for the amount stated in item 8, including the costs of this action.

• If the dispute is settled before or at the hearing, you may have to pay the plaintiff's costs.

• In case a judgment is entered against you at the hearing, you should be prepared to pay the amount stated in item 8, including the costs of this action, or to make arrangements for installment payments.



8TH DISTRICT COURT-CROSSTOWN
150 E. CROSSTOWN PARKWAY
KALAMAZOO, MI 49001-2849

7016 2140 0000 0973 7205

PORTFOLIO RECOVERY ASSOCIATES LL
PO BOX 12914
NORFOLK        VA  23541

1611806SC  SC

23541-081414

RETURN RECEIPT REQUESTED

MAILED FROM ZIPCODE 49007

RETURN RECEIPT REQUESTED

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

RETURN RECEIPT REQUESTED

01/23/2017 16:22 IFAX mailroom.lounatl@dinslaw.com                    → Service Center   ☑002/002
Jan. 23. 2017  3:31PM   8th District Court                              No. 6144   P. 2

To order this form, visit www.printcarta.com
Target Information Management, Inc.

Original - Court (with Instructions)
1st copy - Defendant (with Instructions)
2nd copy - Plaintiff (with instructions)
3rd copy - Return (with proof of service)

Approved, SCAO

| STATE OF MICHIGAN 8th JUDICIAL DISTRICT | AFFIDAVIT AND CLAIM Small Claims | CASE NO. 16  1906 SC |
|---|---|---|

**Court address**
150 E. Crosstown Parkway, Kalamazoo, MI 49001

Court telephone no.
(269) 384-8171

See Instructions on the back of plaintiff and defendant copies.

1. Plaintiff  _Nick Conley_
   Address
   City, state, zip               Telephone no.

2. Defendant  _Portfolio Recovery Associates LLC_
   Address
   City, state, zip               Telephone no.

**NOTICE OF HEARING**
For Court Use Only

The plaintiff and the defendant must be in court on
Day _Thursday_   Date _January 26th, 2017_
at _10:30 A.M._ at ☑ the court address above.

☐ 3.     7016 2140 0000 0973 7205

4. I ha...
5. The...
6. The...
7. The...
8. Amo...
9. The...

10. The plaintiff understands and accepts that the claim is limite
    (a) recover more than this limit, (b) an attorney, (c) a jury tria

11. I believe the defendant ☑ is  ☐ is not   mentally competen

12. ☐ I do not know whether the defendant is in the military servi
    ☐ The defendant is in the military service.

Subscribed and sworn to before me on _12/03/16_

My commission expires: _____
                          Date
Notary public, State of Michigan, County of _____

The defendant(s) must be served by _3/03/17_.
                                     Expiration date

Signature
_____ County, Michigan.

Signature: _____
Deputy clerk/Notary public

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com

Certified Mail Fee
Extra Services & Fees (check box, add fee as appropriate)
 ☐ Return Receipt (hardcopy)
 ☐ Return Receipt (electronic)
 ☐ Certified Mail Restricted Delivery
 ☐ Adult Signature Required
 ☐ Adult Signature Restricted Delivery
Postage
Total Postage and Fees

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature  _Robert Navarro_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
 ☐ Adult Signature
 ☐ Adult Signature Restricted Delivery
 ☐ Certified Mail
 ☐ Certified Mail Restricted Delivery
 ☐ Collect on Delivery
 ☐ Collect on Delivery Restricted Delivery
 ☐ Insured Mail
 ☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
PORTFOLIO RECOVERY ASSOCIATES LL
PO BOX 12914
NORFOLK      VA  23541

1611806SC SC
PORTFOLIO RECOVERY ASSOCIATES LL   VA  23541

9590 9402 2265 6225 3703 69

2. Article Number (Transfer from service label)
7016 2140 0000 0973 7205

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt