**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**
***Filed Electronically***

| | |
|---|---|
| **NICK CONLEY,** | Case No. 1:17-cv-87 |
| Plaintiff, | |
| | Hon. Paul L. Maloney |
| v. | |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC,** | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter came before the Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) upon the joint stipulation for dismissal with prejudice filed by all parties who have appeared, the Plaintiff Nick Conley and the Defendant Portfolio Recovery Associates, LLC ("PRA"). The parties, having requested that this Court dismiss Plaintiff's claims against PRA with prejudice and for the parties to bear their own costs and fees,

IT IS THEREFORE ORDERED that this matter is hereby DISMISSED WITH PREJUDICE. The parties shall bear their own costs and fees.

Date:  May 11, 2017

   /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge